FILED

MAR 1 6 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

EP-22-mj-524 LS

United States District Court
Western District of Texas
El Paso Division

United States of America,
    Plaintiff,

v.

MATTHEW JOSEPH CONTRERAS,
    Defendant.

### United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1.    The Defendant was arrested for a violation of Title 18, United States Code, Section 922(g) for the crime of Possessing a Firearm by a prohibited person.

2.    The Defendant has a prior criminal history.

3.    There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold

the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY


By:     *Patricia Aguayo*
        PATRICIA AGUAYO
        Assistant U.S. Attorney
        Texas Bar #24059359
        700 E. San Antonio, Suite 200
        El Paso, Texas  79901
        (915) 534-6884

2